FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL 12 AM 9:16

CLERK_____
SO. DIST. OF GA.

MC418-008
Misc. File No._____

IN RE:   ERIC DEROSIA
         PACER FEE EXEMPTION

**In Re: Application for Exemption from the Electronic Public Access Fees by Step Up to Justice**

This matter is before the Court upon the application and request by Eric De Rosia for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Eric DeRosia as an individual researcher associated with an educational institution falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Eric DeRosia has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Eric DeRosia shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his research on trademark infringement cases. Eric DeRosia shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

I. this fee exemption applies only to Eric DeRosia and is valid only for the purposes stated above;
II. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
III. by accepting this exemption, Eric DeRosia agrees not to sell for profit any data obtained as a result of receiving this exemption;
IV. Eric DeRosia is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases; and
V. this exemption is valid until October 1, 2018.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this 11th day of July, 2018.

Chief Judge J. Randal Hall